1  JACKSON LEWIS LLP
   CARY G. PALMER, Cal. Bar No. 186601
2  HEATH A. HAVEY, Cal. Bar No. 244087
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141
   E-mail: palmerc@jacksonlewis.com
5  E-mail: haveyh@jacksonlewis.com

6  JACKSON LEWIS LLP
   JOEL P. KELLY, Cal. Bar No. 100716
7  725 S. Figueroa Street, Suite 2500
   Los Angeles, California 90017
8  Telephone: (213) 689-0404
   Facsimile: (213) 689-0430
9  E-mail: kellyj@jacksonlewis.com

10 Attorneys for Defendants
   BIG LOTS STORES, INC.
11 and PNS STORES, INC.

12

13               UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

15 SHIRLEY SAMPLE, individually, and on       Case No. C 10-03276 SBA
   behalf of other members of the general public
16 similarly situated, and as an aggrieved     **JOINT STIPULATION AND [PROPOSED]**
   employee pursuant to the Private Attorneys  **ORDER TO CONTINUE JOINT REPORT,**
17 General Act ("PAGA"),                       **INITIAL   DISCLOSURES   AND   CASE**
                                               **MANAGEMENT STATEMENT**
18              Plaintiff,
                                               Judge: Honorable Saundra B. Armstrong
19         v.                                  Courtroom: 1, 4th Floor

20 BIG LOTS STORES, INC., an Ohio              Complaint Filed: June 17, 2010
   Corporation; PNS STORES, INC., an Ohio     Trial Date:      None Set
21 Corporation; and DOES 1 through 10,
   inclusive,
22
                Defendants.
23

24        TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

25            WHEREAS, this Stipulation Regarding Continuation of Timing of Initial

26 Disclosures Under FRCP 26(f) ("Stipulation") is entered into between Plaintiff Shirley Sample

27 ("Plaintiff") and Defendants Big Lots Stores, Inc. and PNS Stores, Inc. ("Defendants" or "Big

28 Lots"), by and through their respective counsel of record.

                                        1

1    WHEREAS, this Stipulation is based on the following:

2    1.    On July 26, 2010, Magistrate Judge Edward Chen ordered that the last day

3    to file a Rule 26(f) Report, complete initial disclosures or state objections in a Rule 26(f) Report,

4    and file a Case Management Statement would be October 27, 2010;

5    2.    On September 10, 2010, Plaintiff filed a Declination to Proceed Before

6    Magistrate Judge and Request for Reassignment to a United States District Judge;

7    3.    On September 15, 2010, this case was reassigned to the Honorable

8    Saundra B. Armstrong;

9    4.    On September 23, 2010, Judge Armstrong ordered that the dates listed in

10    Judge Chen's Order Setting Initial Case Management Conference remain in effect;

11    5.    On November 9, 2010, at 1:00 p.m., this Court will hold oral argument on

12    Plaintiff's Motion for Remand, which if granted, would render unnecessary the conference of the

13    parties and initial disclosures under Federal Rule of Civil Procedure 26(f);

14    6.    On December 2, 2010, at 3:00. p.m., this Court will hold the initial Case

15    Management Conference.

16    WHEREAS, the Parties hereby stipulate and agree that the time for filing a Rule

17    26(f) Report, completing initial disclosures, and filing a Case Management Statement shall be

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

2

Joint Stipulation and [Proposed] Order to Continue Joint
Report, Initial Disclosures and Case Management Stmt.

Sample v. Big Lots Stores, Inc., et al.
USDC ND Case No. C 10-03276 SBA

1    continued from October 27, 2010, to and including November 23, 2010.

2

3    Dated: October 21, 2010           INITIATIVE LEGAL GROUP LLP

4

5                                   By

6                                         Gene Williams

                                     Matthew T. Theriault

7                                     Jamie R. Greene

                          Attorneys for Plaintiff Shirley Sample

8

9    Dated: October 22, 2010           JACKSON LEWIS LLP

10

11                                     By

12                                      Joel P. Kelly

                                     Cary G. Palmer

13                                     Heath A. Havey

                        Attorneys for Defendants

14                         Big Lots Stores, Inc. and PNS Stores, Inc.

15

16

17                                    **ORDER**

18        **IT IS SO ORDERED**, pursuant to the above stipulation, the time for filing a Rule 26(f)

19 Report, completing initial disclosures, and filing a Case Management Statement shall be

20 continued from October 27, 2010, to and including November 23, 2010.

21

22 Dated: \_\_\_ 10/29/10 _____

23                              Honorable Saundra B. Armstrong

                          United States District Court Judge

24

25

26

27    4820-7395-9175, V. 1

28